## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD and SANDRA MURPHY : | |
| : | |
| Plaintiffs : | |
| : | Civil Action No.: 07-4417 |
| v. : | |
| : | |
| WASHINGTON MUTUAL BANK, et al. : | **NOTICE OF APPEAL** |
| : | |
| Defendants. : | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Edward and Sandra Murphy, Plaintiffs in the above named case, hereby appeal to the United States District Court of Appeals for the Third Circuit from the Order Granting Defendant, Wells Fargo's Motion to Dismiss Plaintiffs' First Amended Complaint (Docket #36 ) entered in this action by the District Court named above on July 1, 2008 (dated June 30, 2008), and the Order Denying Plaintiff's Motion for Partial Reconsideration of Orders, et al (Docket #44), entered in this action by the District Court named above on August 19, 2008 (dated August 18, 2008).

                                  Respectfully submitted,

                                  **PROCHNIAK WEISBERG, P.C.**

                   By:   /s/ Matthew B. Weisberg
                            MATTHEW B. WEISBERG, ESQUIRE
                            Attorney for Plaintiff
Date: March 23, 2009          7 South Morton Ave.
                            Morton, PA 19070

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| EDWARD and SANDRA MURPHY | : | |
| Plaintiffs | : | |
| | : | Civil Action No.: 07-4417 |
| v. | : | |
| WASHINGTON MUTUAL BANK, et al. | : | **NOTICE OF APPEAL** |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, hereby certify that on this 23rd day of March, 2009, a true and correct copy of Plaintiff's Notice of Appeal, was served electronically, upon the following parties:

Kaplin Stewart
Sandhya M. Feltes, Esq.
Union Meeting Corporate Center
910 Harvest Drive
Blue Bell, PA 19422-0765

Reed Smith, L.L.P.
Henry F. Reichner, Esq.
2500 One Liberty Place
Philadelphia, PA 19103

PROCHNIAK WEISBERG, P.C.

BY:  /s/ Matthew B. Weisberg
             Matthew B. Weisberg
             Attorney for Plaintiff